```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 11091
   JOSEPH A SAWAH
   MENAHIL A SAWAH                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-4182     SSN XXX-XX-0974

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/06/2006 and was confirmed 11/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00              .00           .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE         .00              .00           .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00              .00           .00
BAY COLONY II CONDOMINIU SECURED             85.13              .00         51.60
BAY COLONY II CONDOMINIU UNSECURED      NOT FILED               .00           .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC  14212.87            1815.18       4718.22
CAPITAL ONE AUTO FINANCE UNSECURED      NOT FILED               .00           .00
COOK COUNTY TREASURER    PRIORITY       NOT FILED               .00           .00
ROUNDUP FUNDING LLC      UNSECURED       18498.02               .00         51.29
ASPIRE                   UNSECURED        1151.76               .00           .00
BIELINSKI & BONO DDS LTD UNSECURED       NOT FILED              .00           .00
CAPITAL ONE              UNSECURED        2554.43               .00           .00
CAPITAL ONE AUTO FINANCE UNSECURED        2519.12               .00           .00
CBUSA SEARS              UNSECURED       NOT FILED              .00           .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED              .00           .00
COLUMBUS BANK & TRUST    UNSECURED       NOT FILED              .00           .00
DIAGNOSTIC IMAGING ASSOC UNSECURED       NOT FILED              .00           .00
PREMIER BANKCARD         UNSECURED         285.59               .00           .00
FLEET CREDIT CARD        UNSECURED       NOT FILED              .00           .00
GMAC MORTGAGE            UNSECURED       NOT FILED              .00           .00
GSI RECOVERY LLC         NOTICE ONLY     NOT FILED              .00           .00
HOCHSTADTER ISAACSON CHE UNSECURED       NOT FILED              .00           .00
HSBC BANK NEVADA/HSBC CA UNSECURED          893.49              .00           .00
HSBC/CARSONS             UNSECURED       NOT FILED              .00           .00
HSBC/K MART              UNSECURED       NOT FILED              .00           .00
MARK SHALE               UNSECURED       NOT FILED              .00           .00
MERRICK BANK             UNSECURED       NOT FILED              .00           .00
MERRICK BANK             UNSECURED         1273.53              .00           .00
PROVIDIAN NATIONAL BANK  UNSECURED       NOT FILED              .00           .00
RESURRECTION MEDICAL CEN UNSECURED       NOT FILED              .00           .00
RESURRECTION MEDICAL CEN NOTICE ONLY     NOT FILED              .00           .00
ROUNDUP FUNDING LLC      UNSECURED         1337.99              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 11091 JOSEPH A SAWAH & MENAHIL A SAWAH
```

```
AFNI/VERIZON WIRELESS    UNSECURED        356.65            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED       1736.70            .00            .00
WILSHIRE CREDIT CORPORAT SECURED NOT I   1243.48            .00            .00
LEGAL HELPERS PC         DEBTOR ATTY    2,100.00                      2,100.00
TOM VAUGHN               TRUSTEE                                        579.26
DEBTOR REFUND            REFUND                                          36.45

     Summary of Receipts and Disbursements:
     ------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
     ------------------------------------------------------------------------
TRUSTEE                   9,352.00

PRIORITY                                            .00
SECURED                                        4,769.82
   INTEREST                                    1,815.18
UNSECURED                                         51.29
ADMINISTRATIVE                                 2,100.00
TRUSTEE COMPENSATION                             579.26
DEBTOR REFUND                                     36.45
                        ---------------    ---------------
TOTALS                    9,352.00             9,352.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/26/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
     CASE NO. 06 B 11091 JOSEPH A SAWAH & MENAHIL A SAWAH